**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jacob Ryan Aljoe, Appellant.

Appellate Case No. 2019-002106

―――――――――――

Appeal From Anderson County
R. Scott Sprouse, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-214
Submitted May 1, 2021 – Filed June 16, 2021

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.